UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. WATSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:19CV57 HEA |
| DR. UNKNOWN MCCOLLUM, | ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Before the Court is plaintiff's motion for voluntary dismissal. Plaintiff seeks leave to withdraw his complaint, stating that he is seeking relief with the Missouri Board of Healing Arts at this time. The Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for voluntary dismissal [Doc. #10] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT.**

Dated this 21st day of August, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE